# RTV

LAW OFFICES OF ROBERT T. VANCE, JR.
100 South Broad Street, Suite 1525
Philadelphia, PA 19110
215.557.9550  F 215.278.7992
rvance@vancelf.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date: 3/3/2020

March 2, 2020

*By ECF*

Honorable Alvin K. Hellerstein
U.S. Courthouse
500 Pearl Street
New York NY 10007

    Re:    Julie Hermes Castillo vs Morgan Stanley
           No. 19 Civ 7072 (AKH)

Dear Judge Hellerstein:

I am counsel for the Plaintiff in the above-captioned case. I am following up on my letter to Your Honor dated November 29, 2019, which Your Honor endorsed on December 5, 2019 (copy enclosed). The parties participated in a private mediation on January 15, 2020. Subsequent to the mediation, counsel for the parties negotiated a Settlement Agreement and Release that was signed by counsel and all parties, except Ms. Castillo, as of February 25, 2020. To date, Ms. Castillo has not signed the Settlement Agreement and Release.

Please contact me if there are any questions.

                                              Respectfully submitted,

                                              Robert T Vance Jr

cc:    Beth Black, Esq. (by email)