```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
JULIA HERMES CASTILLO,                                          :
                                                                :  ORDER
                                Plaintiff,                      :
        -against-                                               :  19 Civ. 7072 (AKH)
                                                                :
MORGAN STANLEY,                                                 :
                                                                :
                                Defendant.                      :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff's motion to seal (ECF No. 17) is denied. Plaintiff has not refuted the presumption in favor of public access to judicial documents.

        Effective upon the public filing of full settlement papers in unredacted form, the motion to confirm the settlement agreement (ECF No. 15) is granted. A mediation with a parties-appointed mediator having taken place, and an agreement having been made between counsel for the plaintiff and defendant, respectively, and the plaintiff having authorized her counsel to agree on her behalf to its terms and conditions and having orally expressed agreement but having declined to sign it, and the full and complete agreement having been filed in the record of the court, the court finds that the agreement is an enforceable contract and, upon that finding, orders the case dismissed, with prejudice and without costs. The Clerk shall file this order notwithstanding the earlier closing of the case.

        SO ORDERED.

Dated:    April 21, 2020                 /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                                     United States District Judge